Tiega-Noel Varlack, Esq. (SBN 248203)
**VARLACK LEGAL SERVICES**
Gatehouse Plaza II
1260 B Street, Suite 350
Hayward, CA 94541
Telephone: (510)-397-2008
Facsimile:  (510)-397-2997
E-mail: tiega@varlacklegal.com

Carla Aikens Esq. (P69530)
Appearing Pro Hac Vice
**Carla D. Aikens, P.L.C.**
615 Griswold Street, Suite 709
Detroit, MI 48226
Phone: (844) 835-2993
E-Mail: carla@aikenslawfirm.com

Attorney for Plaintiff,
EDDIE ROOSEVELT CALLAHAN

Ryan Eddings (SBN 256519)
**Littler Mendelson, P.C.**
5200 North Palm Ave., Suite 302
Fresno, CA 93704
Telephone: (559) 244-7500
E-Mail: reddings@littler.com

Attorney for Defendant,
BETTER MORTGAGE CORPORATION

## UNITED STATES DISCTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE ROOSEVELT CALLAHAN,  ) | Case No.: 3:23-cv-02357-RFL |
| ) | |
| ) | **JOINT STATUS UPDATE** |
| Plaintiff,  ) | |
| ) | JUDGE: Honorable Rita F. Lin |
| ) | |
| vs.  ) | |
| ) | Complaint Filed:      April 11, 2023 |
| ) | |
| BETTER HOLDCO, INC. and DOES 1 ) | |
| through 50,  ) | |
| ) | |
| ) | |
| Defendants  ) | |

1
JOINT STATUS UPDATE

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

Pursuant to the Court's Order (Doc. No. 26), Plaintiff Eddie Roosevelt Callahan ("Plaintiff") and Defendant Better Mortgage Corporation ("Defendant"), by and through their designated counsel, jointly submit a status update regarding Private Mediation.

Parties have Met and Conferred and will be attending mediation with Hon. Maria-Elena James. The parties have agreed tentatively that the Mediation will occur on either March 18, 2024 or April 10, 2024.

Dated:  December 22, 2023,          VARLACK LEGAL SERVICES

By     /s/ *Tiega-Noel Varlack*
*TIEGA-NOEL VARLACK*
Attorney for Plaintiff EDDIE ROOSEVELT
CALLAHAN

Dated:  December 22, 2023,          CARLA D. AIKENS, P.L.C.

By     /s/ *Carla Aikens*
*CARLA AIKENS*
Attorney for Plaintiff EDDIE ROOSEVELT
CALLAHAN

Dated:  December 22, 2023,          LITTLER MENDELSON, P.C.

By:    /s/ *Ryan Eddings*
*RYAN L. EDDINGS*
*WILLIE J. MINCEY*
Attorneys for Defendant BETTER HOLDCO,
INC.

4861-5372-4569.1 / 111203-1010