1  Tiega-Noel Varlack, Bar No. 248203
   tiega@varlacklegal.com
2  VARLACK LEGAL SERVICES
   Gatehouse Plaza II
3  1260 B Street, Suite 350
   Hayward, California 94541
4  Telephone:    510.397.2008
   Fax No.:      510.397.2997
5
   Carla Aikens, appearing *Pro Hac Vice*
6  carla@aikenslawfirm.com
   CARLA D. AIKENS, P.L.C.
7  615 Griswold Street, Suite 709
   Detroit, Michigan 48226
8  Telephone:    844.835.2993

9  Attorneys for Plaintiff
   EDDIE ROOSEVELT CALLAHAN
10
   *[Additional Counsel on following page]*
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE ROOSEVELT CALLAHAN,<br><br>Plaintiff,<br><br>v.<br><br>BETTER MORTGAGE CORPORATION;<br>RICH DUFF; and DOES 1 through 50,<br><br>Defendants. | Case No. 3:23-cv-02357-JSC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION COMPLETION DEADLINE AND EXTEND DISCOVERY DEADLINES**<br><br>Judge:     Hon. Rita F. Lin<br>Ctrm.:     15<br><br>Trial Date:        Not Yet Set<br>Complaint Filed:   April 11, 2023 |

| | |
|---|---|
| 1 | Ryan L. Eddings, Bar No. 256519 |
|   | reddings@littler.com |
| 2 | LITTLER MENDELSON, P.C. |
|   | 5200 North Palm Avenue, Suite 302 |
| 3 | Fresno, California 93704 |
|   | Telephone:   559.244.7500 |
| 4 | Fax No.:      559.244.7525 |
| 5 | Willie J. Mincey, Bar No. 314754 |
|   | wmincey@littler.com |
| 6 | LITTLER MENDELSON, P.C. |
|   | 500 Capitol Mall, Suite 2000 |
| 7 | Sacramento, California 95814 |
|   | Telephone:   916.830.7200 |
| 8 | Fax No.:      916.561.0828 |
| 9 | Attorneys for Defendant |
|   | BETTER HOLDCO, INC., erroneously |
| 10 | sued herein as BETTER MORTGAGE |
|   | CORPORATION |

1  Plaintiff EDDIE ROOSEVELT CALLAHAN ("Plaintiff") and Defendant BETTER HOLDCO, INC. ("Defendant"), through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed the Complaint on April 11, 2023, in the Superior Court of California, County of Alameda;

WHEREAS, Defendant removed this matter to the United States District Court, Northern District of California on May 15, 2023;

WHEREAS, on December 18, 2023, Judge Rita F. Lin issued an order modifying the case schedule;

WHEREAS, the Court ordered the Parties to complete mediation by February 23, 2024;

WHEREAS, the Parties have met and conferred regarding mediation and are unable to complete mediation by February 23, 2024, due to the schedules of the respective counsel and mediator;

WHEREAS, the Parties have agreed to participate in private mediation with Hon. Maria-Elena James (Ret.) on April 10, 2024;

WHEREAS, the Parties respectfully request that the Court extend the mediation deadline until April 17, 2024;

WHEREAS, the Parties respectfully request that the Court extend all discovery deadlines until after mediation is complete;

THEREFORE, the parties stipulate to and agree that the deadline for completing mediation, currently scheduled for February 23, 2024, should be continued for a period of 7 days after the presently scheduled mediation with Hon. Maria-Elena James (Ret.) on April 10, 2024, or to a date as the Court sees fit;

AND, all discovery dates previously set by the court be vacated and continued for a period of 120 days, or to a date as the Court sees fit.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: February 22, 2024 | VARLACK LEGAL SERVICES |
| 3 | | |
| 4 | | *s/ Tiega-Noel Varlack* |
| | | Tiega-Noel Varlack |
| 5 | | Attorneys for Plaintiff |
| | | EDDIE ROOSEVELT CALLAHAN |
| 6 | | |
| 7 | Dated: February 23, 2024 | LITTLER MENDELSON, P.C. |
| 8 | | |
| 9 | | *s/ Willie Mincey* |
| 10 | | Ryan L. Eddings |
| | | Willie J. Mincey |
| 11 | | Attorneys for Defendant |
| | | BETTER HOLDCO, INC., erroneously sued |
| 12 | | herein as BETTER MORTGAGE CORPORATION |

JOINT STIP AND [PROPOSED] ORDER TO EXTEND
DISCOVERY DEADLINES TO COMPLETE MEDIATION      4.      CASE NO.: 3:23-CV-02357-JSC

# **[PROPOSED] ORDER**

PURSUANT TO THE ABOVE STIPULATION, AND GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED.

Having considered the parties' stipulation, and good cause appearing therefore, the Court orders that the mediation deadline be extended from February 23, 2024, to April 17, 2024.

DATED: _____, 2024

_____
Hon. Rita F. Lin
United States District Court Judge

4854-6005-5713.1 / 111203-1010